# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| **CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**HOMELAND INSURANCE LLC**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 6:26-cv-00345-MTK<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Gisele Poritz, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to HOMELAND INSURANCE LLC in Broward County, FL on February 27, 2026 at 12:18 pm at 651 NW 88th Dr, Coral Springs, FL 33071-7190 by leaving the following documents with Fahed shah who as REGISTERED_AGENT is authorized by appointment or by law to receive service of process for HOMELAND INSURANCE LLC.

SUMMONS IN A CIVIL ACTION
Race: Middle Eastern, Sex: Male, Est. Age: 25-34, Hair: Black, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=26.2400730699,-80.2429945977
Photograph: See Exhibit 1


Total Cost: $170.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in ___Broward County___ ,
___FL___ on ___2/27/2026___ .

/s/ *Gisele Poritz*
_____
Signature
Gisele Poritz
+1 (954) 615-7168



Exhibit 1a)



Exhibit 1b)