UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Chet Michael Wilson

                    Plaintiff(s),

v.

HomeLand Insurance LLC

                    Defendant(s).

Case No.: _26-cv-345_____

MOTION FOR LEAVE TO APPEAR
*PRO HAC VICE*

Attorney _ANTHONY PARONICH_____ requests special admission *pro hac vice* to the Bar of the United States District Court for the District of Oregon in the above-captioned case for the purposes of representing the following party (or parties):

Chad Barnes _____

In support of this application, I certify that:  1) I am an active member in good standing with the _Massachusetts__ State Bar; and 2) that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the Local Rules of this Court, and this Court's Statement of Professionalism.

I understand that my admission to the Bar of the United States District Court for the District of Oregon is solely for the purpose of litigating in the above matter and will be terminated upon the conclusion of the matter.

**(1)     PERSONAL DATA:**

Name: _Paronich Anthony I_____
          *(Last Name)*              *(First Name)*              *(MI)*          *(Suffix)*

Agency/firm affiliation: Paronich Law, P.C._____

Mailing address: _350 Lincoln Street, Suite 2400_____

City: Hingham_____   State: MA_____  Zip: 02043_____

Phone number: (617) 485-0018_____   Fax number: _(508) 318-8100_____

Business e-mail address: _anthony@paronichlaw.com_____

**(2)     BAR ADMISSION INFORMATION**:

    **(a)**    State bar admission(s), date(s) of admission, and bar number(s):
       Massachusetts, November 23, 2010, 678437

    **(b)**    Other federal court admission(s) and date(s) of admission:
       SEE ATTACHED

**(3)     CERTIFICATION OF DISCIPLINARY ACTIONS**:

    ☑    I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or subject to judicial sanctions.

    ☐    I am now or have been subject to disciplinary action by a state or federal bar association or subject to judicial sanctions.  (Attach letter of explanation.)

**(4)     CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**
Pursuant to LR 83-3, I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)     CM/ECF REGISTRATION:**
I acknowledge that I will become a registered user of the Court's case management and electronic case filing system (CM/ECF) upon approval of this application, and I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and the Local Rules of the District of Oregon.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the requirements of LR 83-3, and I certify that the above information is true and correct.

DATED: March 20, 2026

(*Signature*)

---

United States District Court for the District of Massachusetts, 2011
United States District Court for the Eastern District of Michigan, 2013
United States District Court for the Western District of Wisconsin, 2013
United States District Court for the Northern District of Illinois, 2015
United States District Court for the Southern District of Indiana, 2017
United States Court of Appeals for the Seventh Circuit, 2021
United States Court of Appeals for the First Circuit, 2021

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires applicants for *pro hac vice* admission to associate with local counsel, unless requesting a waiver of the requirement under LR 45-1.

To request a waiver of the requirement to associate with local counsel under LR 45-1, check the following box:

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue.  Pursuant to LR 45-1(b), I request a waiver of the LR 83-3(a)(1) requirement to associate with local counsel and therefore do not include a certification from local counsel with this application.

To associate with local counsel, provide the following information about local counsel, and obtain the signature of local counsel.

Name: Perrong Andrew R

| | | | |
|---|---|---|---|
| *(Last Name)* | *(First Name)* | *(MI)* | *(Suffix)* |

OSB number: 243320

Agency/firm affiliation: Perrong Law LLC

Mailing address: 2657 Mount Carmel Avenue

City: Glenside          State: PA          Zip: 19038

Phone number: (215) 225-5529          Fax number: (888) 329-0305

Business e-mail address: a@perronglaw.com

**CERTIFICATION OF ASSOCIATE LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in case number 26-cv-00 345 .

DATED: March 20, 2026 .

*(Signature of Local Counsel)*