**Christopher Lundberg, Esq.**
O.S.B. No. 941084
E-Mail: clundberg@hk-law.com
**HAGLUND KELLEY LLP**
2177 SW Broadway
Portland, OR 97201
Telephone: (503) 225-0777

**Jonathan D. Carvajal, Esq.** *(Pro Hac Vice)*
Fla. Bar No.: 121485
E-Mail: jonathan@tremblylaw.com
**Luis E. Martinez, Esq.** *(Pro Hac Vice)*
Fla. Bar No.: 1039267
E-Mail: luis@tremblylaw.com
**TREMBLY LAW FIRM**
9700 South Dixie Highway, Penthouse 1100
Miami, Florida 33156
Telephone: (305) 431-5678

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, Individually and on behalf of all others similarly situated, | Case No. 6:26-cv-00345-MTK |
| *Plaintiff*, | |
| v. | **REQUEST FOR REFUNDS OF FEES PAID ELECTRONICALLY** |
| HOMELAND INSURANCE LLC, | |
| *Defendant.* | |
| _____/ | |

The following filing fee refund request is made pursuant to the procedures set forth in Standing Order 2011-9 for refunding erroneous or duplicate electronic filing fee payments. The reason for and amount of the refund request are as follows:

A refund of $300.00 is requested due to a technical processing error within the PACER/CM-ECF system during the filing of a Motion for Pro Hac Vice Admission.

While logged into the account of attorney Luis E. Martinez, Esq. (Account No. 7823280), the system erroneously redirected the payment session to the profile of a different firm attorney, Jonathan D. Carvajal, Esq., at the point of checkout. Upon realizing the profile mismatch at the final confirmation screen, the filing operation was immediately cancelled; however, the payment had already been debited from the firm's account. A second, successful filing was subsequently completed under the correct attorney's profile. Attached are the payment confirmation for the erroneous transaction, alongside the Notice of Electronic Filing (NEF) for the valid transaction.

Refund requestor's name, address, and telephone number:

Luis E. Martinez, Esq.
Trembly Law Firm
9700 South Dixie Highway, Penthouse 1100, Miami, Florida 33156
Telephone: (305) 431-5678

Attached hereto is supporting documentation, including a copy of the electronic payment receipt and a copy of the Notice of Electronic Filing (NEF) from the system transaction during which the payment was made.

Dated: March 26, 2026

/s/ *Luis Martinez*
Luis E. Martinez, Esq. *(Pro Hac Vice)*
Fla. Bar No. 1039267