Gmail

**TLF e-Service 2 <service2@tremblylaw.com>**

## Pay.gov Payment Confirmation: OREGON DISTRICT COURT

1 message

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>          Wed, Mar 18, 2026 at 4:01 PM
Reply-To: finance@ord.uscourts.gov
To: service2@tremblylaw.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Renee Martinez at 503-326-8000.

Account Number: 7823280
Court: OREGON DISTRICT COURT
Amount: $300.00
Tracking Id: AORDC-10199925
Approval Code: 030042
Card Number: ************0522
Date/Time: 03/18/2026 03:00:59 ET

NOTE: This is an automated message. Please do not reply