Case 6:26-cv-00345-MTK    Document 15-2    Filed 03/26/26    Page 1 of 2

 **Micaela Anchepe <manchepe@tremblylaw.com>**

# Activity in Case 6:26-cv-00345-MTK Wilson v. HomeLand Insurance LLC Motion for Leave to Appear Pro Hac Vice

2 messages

---

**info@ord.uscourts.gov** <info@ord.uscourts.gov>        Wed, Mar 18, 2026 at 4:16 PM
To: nobody@ord.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Oregon

## Notice of Electronic Filing

The following transaction was entered by Martinez, Luis on 3/18/2026 at 12:16 PM PDT and filed on 3/18/2026

| | |
|---|---|
| **Case Name:** | Wilson v. HomeLand Insurance LLC |
| **Case Number:** | 6:26-cv-00345-MTK |
| **Filer:** | HomeLand Insurance LLC |
| **Document Number:** | 7 |

**Docket Text:**
Motion for Leave to Appear *Pro Hac Vice*. *Pro Hac Vice* admission requested by attorney Luis Martinez. Filing fee in the amount of $300 collected; Agency Tracking ID: AORDC-10199956. Filed by HomeLand Insurance LLC. (Martinez, Luis)

**6:26-cv-00345-MTK Notice has been electronically mailed to:**

Andrew Roman Perrong    a@perronglaw.com, perronglaw@recap.email

Christopher G. Lundberg    clundberg@hk-law.com, atodd@hk-law.com, jbenson@hk-law.com

Jonathan David Carvajal    jonathan@tremblylaw.com

Luis Martinez    luis@tremblylaw.com

**6:26-cv-00345-MTK Notice will <u>not</u> be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=3/18/2026] [FileNumber=9258942-0] [ 2f927114df07acbf63866ff26ffea3642eb5e0b5fd79ec929f62b44c93697f2eeefbcb c8d88108af4aca0246fcaca2607eef207fab1c8857c18bccd8db757641]]

---

**Luis Martinez** <luis@tremblylaw.com>        Wed, Mar 18, 2026 at 4:17 PM
To: Micaela Anchepe <manchepe@tremblylaw.com>

[Quoted text hidden]

--

 **Luis Martinez, Litigation Attorney,** *Trembly Law Firm*

Tel: 305-431-5678 | Address: 9700 South Dixie Highway, Penthouse 1100, Miami, Florida 33156

luis@tremblylaw.com | www.tremblylaw.com





The information and attachments contained in this e-mail are confidential and may be legally privileged. If you are not the intended recipient of this message, you must not read, use or disseminate that information. Although this e-mail and any other attachments are believed to be free of any virus, or any other defect which might affect any computer or IT system into which they are received and opened, it is the responsibility of the recipient to ensure that they are virus free and no responsibility is accepted by Trembly Law Firm for any loss or damage arising in any way from receipt or use thereof.