Christopher Lundberg, Esq.
O.S.B. No.: 941084
Haglund Kelley LLP
2177 SW Broadway
Portland, OR 97201
Telephone: 503-225-0777
E-Mail: CLundberg@hk-law.com

Jonathan D. Carvajal, Esq. *(Pro Hac Vice)*
Fla. Bar No. 121485
Trembly Law Firm
9700 South Dixie Highway, Penthouse 1100
Miami, Florida 33156
Telephone: (305) 431-5678
E-Mail: jonathan@tremblylaw.com

Luis E. Martinez, Esq. *(Pro Hac Vice)*
Fla. Bar No.: 1039267
Trembly Law Firm
9700 South Dixie Highway, Penthouse 1100
Miami, Florida 33156
Telephone: (305) 431-5678
E-Mail: Luis@tremblylaw.com

*Attorneys for Defendant*
*Homeland Insurance, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, Individually and on behalf of all others similarly situated, | Case No. 6:26-cv-00345-MTK |
| *Plaintiff*, | |
| v. | **DEFENDANT'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA OR FOR PROTECTIVE ORDER** |
| HOMELAND INSURANCE LLC, | |
| *Defendant.* | |
| _____/ | |

**PLEASE TAKE NOTICE** that Defendant HOMELAND INSURANCE, LLC

("HOMELAND"), by and through undersigned counsel, hereby withdraws its *Motion to Quash*

*Subpoena or for Protective Order* [ECF No. 21], filed on April 16, 2026, directed to the subpoenas issued to non-parties Telnyx, LLC and Onvoy, LLC d/b/a Inteliquent. This withdrawal is without prejudice to HOMELAND's right to seek appropriate relief under Federal Rules of Civil Procedure 26 and 45. HOMELAND respectfully requests that the Court take no further action on the withdrawn motion and remove it from the Court's pending motions calendar.

Dated: April 20, 2026

| | |
|---|---|
| **TREMBLY LAW FIRM** | **TREMBLY LAW FIRM** |
| 9700 South Dixie Highway, PH# 1100 | 9700 South Dixie Highway, PH# 1100 |
| Miami, FL 33156 | Miami, FL 33156 |
| | |
| By: */s/ Jonathan D. Carvajal* | By: */s/ Luis E. Martinez* |
| JONATHAN D. CARVAJAL, ESQ. | LUIS E. MARTINEZ, ESQ. |
| Fla. Bar No. 121485 *(pro hac vice)* | Fla. Bar No. 1039267 *(pro hac vice)* |
| E-Mail: jonathan@tremblylaw.com | E-Mail: luis@tremblylaw.com |
| E-Mail: service2@tremblylaw.com | E-Mail: service2@tremblylaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April 2026, I served a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENA OR FOR PROTECTIVE ORDER** on the following:

| | |
|---|---|
| Andrew Roman Perrong, Esq. | Anthony I. Paronich, Esq. |
| Perrong Law, LLC, 2657 | Paronich Law, P.C. |
| Mount Carmel Avenue | 350 Lincoln Street, Suite 2400 |
| Glenside, PA 19038 | Hingham, MA 02043 |
| Email: a@perronglaw.com | Email: anthony@paronichlaw.com |

by the following indicated method:

☒ by email to the email address(es) listed above.
☐ by U.S. Mail, first-class postage prepaid.
☐ by hand delivery.
☐ by overnight delivery.

Dated: April 20, 2026            By: */s/ Luis E. Martinez*
**LUIS E. MARTINEZ, ESQ.**
Fla. Bar No. 1039267 *(pro hac vice)*