Christopher Lundberg, Esq.
O.S.B. No.: 941084
Haglund Kelley LLP
2177 SW Broadway
Portland, OR 97201
Telephone: 503-225-0777
E-Mail: CLundberg@hk-law.com

Jonathan D. Carvajal, Esq. *(Pro Hac Vice)*
Fla. Bar No. 121485
Trembly Law Firm
9700 South Dixie Highway, Penthouse 1100
Miami, Florida 33156
Telephone: (305) 431-5678
E-Mail: jonathan@tremblylaw.com

Luis E. Martinez, Esq. *(Pro Hac Vice)*
Fla. Bar No.: 1039267
Trembly Law Firm
9700 South Dixie Highway, Penthouse 1100
Miami, Florida 33156
Telephone: (305) 431-5678
E-Mail: Luis@tremblylaw.com

*Attorneys for Defendant*
*Homeland Insurance, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**EUGENE DIVISION**

| | |
|---|---|
| CHET MICHAEL WILSON, Individually and on behalf of all others similarly situated, | Case No.: 6:26-cv-00345-MTK |
| Plaintiff, | |
| v. | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |
| HOMELAND INSURANCE LLC, | |
| Defendant. _____/ | |

TO: CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF OREGON, EUGENE DIVISION:

Defendant, HOMELAND INSURANCE LLC ("HOMELAND"), by and through

undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby submits this

1 – DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT

Corporate Disclosure Statement and states that it has no parent corporation and there is no publicly held corporation that owns 10% or more of its stock or membership interests.

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served a true and correct copy of the foregoing DEFENDANT HOMELAND INSURANCE, LLC'S on the date indicated below by:

☐ mail with postage prepaid, deposited in the U.S. mail
☐ hand delivery
☐ facsimile transmission
☐ overnight delivery
☒ electronic filing notification via the Court's CM/ECF system

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney at the address listed below:

Andrew Roman Perrong, Esq.
Perrong Law, LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Email: a@perronglaw.com

Anthony I. Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Email: anthony@paronichlaw.com

By: */s/ Luis Martinez*                          By: */s/ Jonathan Carvajal*
Luis Martinez, Esq. *(Pro Hac Vice)*            Jonathan Carvajal, Esq. *(Pro Hac Vice)*
Florida Bar No. 1039267                          Florida Bar No. 121485
Trembly Law Firm                                 Trembly Law Firm
9700 South Dixie Highway, PH 1100                9700 South Dixie Highway, PH 110
Miami, FL 33156                                  Miami, FL 33156
E-Mail: luis@tremblylaw.com                      E-Mail: jonathan@tremblylaw.com
E-Mail: service2@tremblylaw.com                  E-Mail: service2@tremblylaw.com